IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Dregory C. Heggins, | ) | C/A No.: 0:16-2786-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| US Foods, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the motion of D. Bradley Jordan, Esq., and Chan M. Ahn, Esq., both of the Jordan Law Firm, P.C., ("Plaintiff's counsel"), to be relieved as counsel for Dregory C. Heggins ("Plaintiff"). [ECF No. 17]. The motion indicates that Plaintiff's counsel have tried unsuccessfully on many occasions to contact Plaintiff via email, U.S. mail, and telephone to participate in responding to discovery requests and to advise of upcoming deadlines. [ECF No. 17-2]. Despite being informed by Plaintiff's counsel via email dated November 23, 2016, that if Plaintiff did not contact their office, Plaintiff's counsel would be forced to file a motion to be relieved as his counsel, Plaintiff failed to contact them. *Id.* at 13.

Plaintiff's counsel indicates that they provided a copy of the motion to withdraw as counsel, filed on December 7, 2016, to Plaintiff. *Id.* at 2. In accordance with Local Civ. Rule 83.I.07(B), Plaintiff's counsel also informed Plaintiff that he may file an objection to the motion within 17 days. *Id.* That time period has now passed, and Plaintiff did not file an objection to the motion. Therefore, the court grants Plaintiff counsel's motion to withdraw.

The court directs Plaintiff to notify the court by January 24, 2017, of the identity of the new attorney(s) he has retained to represent him in this case or, alternatively, of his desire to proceed with this litigation pro se, i.e., without an attorney. If Plaintiff does not wish to continue this lawsuit, he may request that the court dismiss the case in its entirety. To this end, Plaintiff shall, by January 24, 2017, complete the attached notice and mail it to the Clerk of Court at the address indicated. If Plaintiff fails to file the attached letter with the Clerk within the time prescribed, the court will consider him as proceeding pro se.

Plaintiff is specifically advised that, if no new attorney is obtained to represent his interests, the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure and that the court is unable to provide him with legal advice. Failure to comply with court rules could have serious consequences including, but not limited to, striking his claims and dismissing the case.

IT IS SO ORDERED.

December 27, 2016                           Shiva V. Hodges
Columbia, South Carolina                    United States Magistrate Judge

Name: _____

Address_____

_____

Clerk of Court
United States District Court
901 Richland Street
Columbia, South Carolina 29201

*In Re: 0:16-cv-2786-SVH Heggins v. U.S. Foods, Inc.*

Dear Ms. Blume:

In response to the order of Judge Hodges dated December 27, 2016, I wish to advise as follows:

\_\_\_\_\_ 1.   I, _____ (Printed Name), have obtained a new attorney to personally represent me in this matter. His [or her] name, address, and telephone number are as follows:

_____

_____

OR

\_\_\_\_\_ 2.   I, _____ (Printed Name), have **NOT** obtained a new attorney and will represent myself in this matter. I request that the Clerk of Court direct all notices and pleadings to me at the above address. I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address.

\_\_\_\_\_ 3.   I, _____ (Printed Name), do not wish to continue this lawsuit and request that the court dismiss the case in its entirety.

_____  _____
Signature                                                                         Date

3