# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Dregory C. Heggins, | | |
|---|---|---|
| *Plaintiff* | | |
| v. | ) | Civil Action No.  0:16-cv-02786-SVH |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| US Foods, Inc., | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ The plaintiff, Dregory C. Heggins, shall take nothing of the defendant, US Foods, Inc., and this action is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Shiva V. Hodges, United States Magistrate Judge,, which dismissed the complaint with prejudice for failure to prosecute.

Date:  May 26, 2017                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/M. Walker
                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*